ANTRIM COUNTY V BEELAND GROUP, LLC, No. 139056; Court of Appeals No. 290803.

*Summary Disposition July 9, 2009:*

GRIEVANCE ADMINISTRATOR V COTE, No. 138313. The application for leave to appeal is denied, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is also considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we vacate the March 6, 2009, order of the Attorney Disciplinary Board and we remand this case to the Attorney Disciplinary Board for consideration as on reconsideration granted. The board should reconsider its vacation of conditions A through D of the hearing panel's June 25, 2008, order of suspension in light of the documentation provided by the Grievance Administrator. In all other respects, the application for leave to appeal as cross-appellant is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court. ADB: 07-83-GA.

PEOPLE V LARIO-MUNOZ, No. 138416. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we reverse the judgment of the Court of Appeals and we reinstate the ruling of the Kent Circuit Court granting the defendant a new trial. The Court of Appeals erred by finding that the circuit court abused its discretion in deciding to grant the motion for a new trial. *People v Blackston*, 481 Mich 451, 460 (2008). The ruling on the motion did not fall outside the range of principled outcomes. *People v Babcock*, 469 Mich 247, 269 (2003). Court of Appeals No. 275509.